UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CLARISSA TERRA**                                **JURY TRIAL DEMANDED**

**v.**                                            **CASE NO. 3:11 cv 271 (CSH)**

**LAW OFFICES HOWARD LEE SCHIFF, P.C.**
**CAPITAL ONE BANK (USA),**
    **NATIONAL ASSOCIATION**

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendants stipulate that the complaint herein may be dismissed with prejudice in accordance with the parties' settlement agreement, without costs or fees to any party.

|  |  |
|---|---|
| THE PLAINTIFF<br>CLARISSA TERRA<br>By: /s/ Joanne S. Faulkner<br>Joanne S. Faulkner ct04137<br>123 Avon Street<br>New Haven CT 06511<br>(203) 772-0395<br><br>THE DEFENDANT<br>L/O HOWARD LEE SCHIFF, P.C.<br>By:   /s/ Thomas A. Leghorn<br>Thomas A. Leghorn<br>Attorney for L/O Howard Lee Schiff, P.C.<br>Wilson, Elser, Moskowitz, Edelman<br>& Dicker LLP<br>150 East 42nd Street<br>New York, NY 10019 | THE DEFENDANT,<br>CAPITAL ONE BANK (USA), N.A.<br>By:  /s/ Robert M. Barrack, Esq.<br>Robert M. Barrack (ct08422)<br>LeClairRyan, A Professional Corporation<br>One Financial Plaza<br>755 Main Street, Suite 2000<br>Hartford, CT 06103<br>Telephone No.: (860) 656-1931<br>Facsimile No.: (860) 656-1981<br>robert.barrack@leclairryan.com |

4575027